Form B3B
(04/09/06)

United State Bankruptcy Court
Northern____ District of ____Illinois____

In re: _____Shatara S. Askew_____        Case No. ____09 B 36397____
           Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ x ] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $74.75____ on or before _December 30, 2009
>
> $74.75____ on or before _January 20, 2010
>
> $74.75____ on or before February 12,2010
>
> $74.75____ on or before March 5, 2010
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
>                                                              (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE:   Dec. 8, 2009

_____
Pamela S. Hollis/United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:    09 B 36397
Case Name:      Shatara S. Askew

I, Steven P. Beckerman, Courtroom Deputy to the Honorable
Pamela S. Hollis, do hereby certify that on the 8th day of
December, 2009, I caused to be served via the Court's Electronic
Notification or via First Class mail (**) a true and correct copy
of:

Order Denying Debtor's Application For Waiver Of The Chapter 7
Filing Fee Dated December 8, 2009

to each of the following named individuals:

**Shatara S. Askew (**)**
1624 North Kimball Ave., Unit 2
Chicago, IL 60647

**Howard T Goffen**
Legal Assistance Foundation of Metropolitan Chicago
1279 N. Milwaukee Ave., Suite 407
Chicago, IL 60622

**Allan J DeMars**
Spiegel & Demars
100 W Monroe St Ste 910
Chicago, IL 60603

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
Dirksen Federal Court House
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Steven P. Beckerman
Courtroom Deputy