### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: SHATARA S. ASKEW )<br>)<br>Debtor.   )<br>)<br>) | Case No.   09-36397<br>Judge:   Pamela S. Hollis<br>Chapter:   7 |

### NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on March 4, 2010, at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Pamela S. Hollis, or any other Bankruptcy Judge presiding in her place, in Courtroom 644, the courtroom usually occupied by her, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the debtor's motion to extend the time within which the debtor may make installment payments of the filing fee, a copy of which motion is attached hereto.

### PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either mailed, hand delivered, faxed or electronically delivered to the persons stated on the Service List, at their respective addresses, on or before February 17, 2010, before 4:00 p.m.

_____
Howard T. Goffen

Howard T. Goffen
Legal Assistance Foundation of Metropolitan Chicago
ARDC No.:   0979899
Attorney for Debtor, **SHATARA S. ASKEW**
1279 North Milwaukee Avenue
Suite 407
Chicago, Illinois 60642
(773) 572-3216

## SERVICE LIST

William T. Neary
United States Trustee, Region 11
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Allan J. DeMars
Spiegel & DeMars
Interim Bankruptcy Trustee
100 West Monroe Street
Suite 910
Chicago, Illinois 60603

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: SHATARA S. ASKEW            )
                                    )    Case No.:   09-36397
        Debtor.                     )    Judge:      Pamela S. Hollis
                                    )    Chapter:    7

### MOTION TO EXTEND THE TIME WITHIN WHICH THE DEBTOR MAY PAY FILING COSTS IN INSTALLMENTS

**NOW COMES**, the Debtor, **SHATARA S. ASKEW**, by and through his attorneys, Howard T. Goffen and the Legal Assistance Foundation of Metropolitan Chicago, and respectfully moves this Honorable Court to extend the time within which the debtor may pay the filing costs in installments, and in support thereof states:

1. The debtor filed his Petition for relief pursuant to Chapter 7 of Title 11 U.S.C. on September 30, 2009.

2. At the time the debtor filed his petition, he also filed an Application for Waiver of the Chapter 7 Filing Fee.

3. On the application, the debtor listed her total monthly income as $674.00, which amount consisted of SSI payments of $674.

4. On November 12, 2009, a Meeting of Creditors was held before Interim Trustee Allan J. DeMars. At the conclusion of the meeting, a finding of no assets was filed by the interim trustee.

5. On December 8, 2009, this court entered an order denying the debtor's application for waiver of the filing fee, and ordered the debtor to make payment of the sum of $299 in installments of $74.75 on December 30, 2009, $74.75 on January 20, 2010, $74.75 on February 12, 2010 and $74.75 on March 5, 2010.

6. Because of her limited income, the debtor has been unable to make any payments of

the costs, and request that this court extend the time within which she may pay the fees to the Clerk of the Court.

7.  The debtor respectfully requests that this court permit her to make installment payments on April 1, April 22, May 15 and June 7, 2010.

9.  Further, the debtor requests that she not be discharged by this court until after she has made her final payment.

**FOR THE REASONS STATED**, the debtor, **SHATARA ASKEW**, respectfully requests that this Honorable Court grant his motion and order that he be permitted to make installment payments of her filing fee of $74.75 on April 1, $74.75 on April 22, $74.75 on May 15 and $74.75 on June 7, 2010, or for such other relief as the court may deem just.

**LEGAL ASSISTANCE FOUNDATION**

BY: *Howard T. Goffen*
Howard T. Goffen

Howard T. Goffen
Legal Assistance Foundation of Metropolitan Chicago
ARDC No.:       0979899
Attorney for Debtor,  **SHATARA S. ASKEW**
1279 North Milwaukee Avenue
Suite 407
Chicago, Illinois 60642
(773) 572-3216

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: SHATARA S. ASKEW | ) | | |
| | ) | Case No. | 09-36397 |
| Debtor. | ) | Judge: | Pamela S. Hollis |
| | ) | Chapter: | 7 |

## ORDER

This cause coming on to be heard on the motion of the debtor, **SHATARA S. ASKEW,** to extend within which the debtor can make installment payments of the filing fee, due notice having been given and the court being duly advised in the premises,

**IT IS HEREBY ORDERED** that the motion of the debtor to extend time within which the debtor may make installment payments of the filing fee of $299 is granted, and the time within which the debtor is required to make payments of $74.75 is extended to April 1, 2010, April 22, 2010, May 15, 2010 and June 7, 2010.

_____, 2010

_____
**JUDGE**

Howard T. Goffen
Legal Assistance Foundation of Metropolitan Chicago
ARDC No.:   0979899
Attorney for Debtor, **SHATARA S. ASKEW**
1279 North Milwaukee Avenue
Suite 407
Chicago, Illinois 60642
(773) 572-3216