## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: SHATARA S. ASKEW           )
                                  )    Case No.   09-36397
      Debtor.                     )    Judge:     Pamela S. Hollis
                                  )    Chapter:   7
                                  )

### ORDER

This cause coming on to be heard on the motion of the debtor, SHATARA S. ASKEW, to extend within which the debtor can make installment payments of the filing fee, due notice having been given and the court being duly advised in the premises,

**IT IS HEREBY ORDERED** that the motion of the debtor to extend time within which the debtor may make installment payments of the filing fee of $299 is granted, and the time within which the debtor is required to make payments ~~of $74.75 is extended to April 1, 2010, April 22, 2010, May 15, 2010 and June 7, 2010.~~ *in full* on or before 3/29/2010.

_____MAR - 4 2010_____, 2010

_____
JUDGE


Howard T. Goffen
Legal Assistance Foundation of Metropolitan Chicago
ARDC No.:   0979899
Attorney for Debtor, **SHATARA S. ASKEW**
1279 North Milwaukee Avenue
Suite 407
Chicago, Illinois 60642
(773) 572-3216